ANNIE L. HACKETT, Appellant, *v.* THE SUPREME COUNCIL CATHOLIC BENEVOLENT LEGION, Respondent.

*Hackett* v. *Supreme Council*, 44 App. Div. 524, affirmed.
(Argued June 11, 1901; decided July 10, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered

December 4, 1899, affirming a judgment in favor of defendant entered upon a verdict and an order denying a motion for a new trial.

*Raphael J. Moses* for appellant.

*John C. McGuire* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, HAIGHT, VANN and LANDON, JJ. Not voting: BARTLETT, J. Not sitting: CULLEN, J.